254 U. S.   Cases Disposed of Without Consideration by the Court.

No. 586. ALEXANDER NEW ET AL., RECEIVERS, ETC. *v.* EFFIE MCMILLAN, ADMINISTRATRIX, ETC.   January 24, 1921. Petition for a writ of certiorari to the Supreme Court of the State of Oklahoma denied.  *Mr. Arthur Miller* and *Mr. Ephraim H. Foster* for petitioners.   No appearance for respondent.

---

No. 666. KOKOMO STEEL WIRE COMPANY *v.* REPUBLIC OF FRANCE.  January 24, 1921.  Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.  *Mr. John R. Browne* for petitioner.  *Mr. F. Winter* for respondent.

---

CASES DISPOSED OF WITHOUT CONSIDERATION BY THE COURT, FROM OCTOBER 4, 1920, TO AND INCLUDING JANUARY 24, 1921.

No. 138.  UNITED STATES *v.* PICHER LEAD COMPANY. Error to the District Court of the United States for the Western District of Missouri.  October 5, 1920.  Dismissed, on motion of *The Solicitor General* for the United States.  *Mr. A. E. Spencer* for defendant in error.

---

No. 230.  UNITED STATES *v.* JACOB WICIBDEZA (PLEASANT MAN).   Error to the District Court of the United States for the District of North Dakota.  October 5, 1920. Dismissed, on motion of *The Solicitor General* for the United States.  No appearance for defendant in error.